UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

KEURIG GREEN MOUNTAIN, INC.,

        Plaintiff,

18-cv-0095 (LAK)

v.

GLOBAL BARISTAS U.S., LLC and
GLOBAL BARISTAS, LLC,,

        Defendants.

------------------------------x



## ORDER

        By a letter dated November 12, 2018, defendants' counsel notified the Court that this action is stayed pursuant to Bankruptcy Code Section 362.

        Accordingly, the Clerk of Court shall move this case to my suspense docket and close it for administrative purposes.

Dated: March 10, 2020

                                            Lewis A. Kaplan
                                            United States District Court